**IN THE UNITED STATES BANKRUPTCY COURT FOR**
**EASTERN DISTRICT OF TEXAS**
**TEXARKANA DIVISION**

| | |
|---|---|
| In re<br><br>Shane E Evans<br>Shelly D Evans<br><br>Debtors. | In Chapter 7 Proceeding<br>Case No. 23-50046 |

## REQUEST TO DISCONTINUE SERVICE OF NOTICES

**PLEASE TAKE NOTICE** that Synchrony Bank c/o PRA Receivables Management, LLC hereby withdraws its Request for Special Notice filed on March 30, 2023, DOCKET NUMBER 6.

Dated: This 12th day of June, 2023

By:   /s/Valerie Smith

Valerie Smith
PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541
TEL: (877) 885-5919
FAX: (757) 351-3257

## Certificate of Service

I hereby certify that a copy of the foregoing was served electronically to the following parties:

**William J. Collins**
Attorney

**Linda S Payne**
Chapter 7 Trustee

Dated: This 12th day of June, 2023

By:    /s/Valerie Smith

Valerie Smith
PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541
TEL: (877) 885-5919
FAX: (757) 351-3257